cuit denied. *Mr. Henry D. Gaggstatter* for petitioner. *Mr. Alex. W. Smith, Jr.,* for respondent.

No. 776. HARTFORD ACCIDENT & INDEMNITY CO. *v.* JONES. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Paul McMahon* for petitioner. No appearance for respondent.

No. 779. HENWOOD, TRUSTEE, *v.* ANGLO-CONTINEN-TALE TREUHAND, A. G. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frank C. Nicodemus, Jr., George L. Buland, Ben C. Dey,* and *H. Brua Campbell* for petitioner. *Mr. Milton E. Mermelstein* for respondent.

No. 780. McCARTHY COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John A. Jorgensen* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 783. BEARD. ET AL. *v.* UNITED STATES. April 6, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. John J. Sirica, Maurice McInerney,* and *Leo A. Rover* for petitioners. *Solicitor General Reed, Assistant*

*Attorney General McMahon* and *Mr. William W. Barron* for the United States.

No. 788. VAN VLECK *v.* COMMISSIONER OF INTERNAL REVENUE. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George S. Hills* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. John MacC. Hudson, Sewall Key,* and *F. E. Youngman* for respondent.

No. 789. KELLER, HEUMANN & THOMPSON CO., INC. *v.* COE. April 6, 1936. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied. *Mr. Harold E. Stonebraker* for petitioner. *Solicitor General Reed* and *Mr. Robert F. Whitehead* for respondent.

No. 791. ATLANTIC COAST LINE R. Co. *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 792. CAROLINA, CLINCHFIELD & OHIO RY. *v.* SAME. April 6, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Nathan L. Miller, Wm. W. Miller, Carl H. Davis,* and *Edward C. Bailly* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 793. OLD LINE LIFE INSURANCE CO. *v.* FULTON, SUPERINTENDENT OF BANKS, ET AL. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals